45 A.3d 402

**COMMONWEALTH Of Pennsylvania ex rel.: Abdur KANTAMANTO (a/k/a Curtis Lee Price), Appellant**

v.

**Kenneth P. CAMERON as Custodian for; and Commonwealth of Massachusetts Superior Court, County of Worcester, Appellee.**

Supreme Court of Pennsylvania.

May 29, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**